# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:    Civil / Criminal  No. ____05CV11901-RWZ____

Title: ___YVETTE LORENUS V. USA___

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge ___ZOBEL___ has been transferred to Judge ___STEARNS___ for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials ___RGS___.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:     ___s/ Lisa A. Urso___
                Deputy Clerk

Date: ____11/3/05____

_____    Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(Notice of Transfer.wpd - 12/98)                                        [ntccsasgn.]