UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YVETTE LORENUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-11901-LTS |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please substitute my appearance on behalf of the United States for that of Damian Wilmot.

                                                 Respectfully submitted,
                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney
By:   /s/ Mark J. Grady
                                                 Mark J. Grady
                                                 Assistant U.S. Attorney
                                                 U. S. Attorney's Office
                                                 John Joseph Moakley
                                                 United States Courthouse
                                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA  02210
                                                 617-748-3136