UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRMA LORENUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-11903-LTS |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| FRANCOIS ENFORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-11896-LTS |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| YVETTE LORENUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-11901-LTS |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, and without fees or costs to either party.

| | |
|---|---|
| Respectfully Submitted,<br>PLAINTIFFS, | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Harvey Alford by MJG<br>Alford & Bertrand, P.C.<br>60 Arsenal Street<br>Post Office Box 322<br>Watertown, MA 02471-0322<br>(617) 926-8800 | By:    /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U.S. Attorney<br>U. S. Attorney's Office<br>John Joseph Moakley<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>617-748-3136 |